**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael P. Sayre<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–5618<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Christine L. Sayre<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–9357<br>EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19–21538–GLT

## Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael P. Sayre

Christine L. Sayre
fka Christine L. Taylor

12/11/23

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-21538-GLT |
| Michael P. Sayre | Chapter 13 |
| Christine L. Sayre | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 5 |
| Date Rcvd: Dec 11, 2023 | Form ID: 3180W | Total Noticed: 68 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael P. Sayre, Christine L. Sayre, 339 Aitken Ave., Belle Vernon, PA 15012-4721 |
| r | + | Jody Moebius, BHHS The Preferred Realty, 776 Rostraver Road, Belle Vernon, PA 15012-1943 |
| 15034200 | | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1795 |
| 15044424 | + | Berkheimer, agt for Rostraver twp/Belle Vernon ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15034207 | + | CBCS, PO Box 551149, Jacksonville, FL 32255-1149 |
| 15034201 | + | Capital One Auto, 2525 Corporate Pl., 2nd Floor, Suite 250, Monterey Park, CA 91754-7676 |
| 15034214 | + | Dr Surinder Aneja, Suite 103, 1163 Country Club Rd, Monongahela, PA 15063-1013 |
| 15036600 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15034220 | | Imaging Association of Greater Pittsburg, PO Box 90218, Pittsburgh, PA 15224-0718 |
| 15034225 | | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |
| 15034226 | | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 15034227 | + | Mon-Vale Specialty Practices, 800 Plaza Dr #140, Belle Vernon, PA 15012-4019 |
| 15034228 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15034229 | #+ | Mukesh Shah, MD, 1200 McKean Avenue, Suite 101, Charleroi, PA 15022-2141 |
| 15034233 | + | Psychiatric Care System PC, 1051 Country Club Road, Monongahela, PA 15063-1553 |
| 15034234 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15034235 | + | Regional Cardiac Arryhthmia Inc., PO Box 645332, Pittsburgh, PA 15264-5251 |
| 15034236 | + | South Hills ENT Association, 2000 Oxford Drive, Suite 201, Bethel Park, PA 15102-1841 |
| 15034237 | + | Southwest Medical Center, 1200 McKean Ave, Charleroi, PA 15022-2141 |
| 15034245 | + | Valley 1st Community FCU, 815-819 Schoonmaker Avenue, Monessen, PA 15062-1008 |
| 15034246 | + | Valley 1st Federal Credit Union, 815 Shoommaker Avenue, Monessen, PA 15062-1008 |
| 15034249 | | Vujevich Dermatology Associates PC, 100 N. Wren Drive, Pittsburgh, PA 15243-1248 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Dec 12 2023 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2023 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Dec 12 2023 05:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2023 00:12:00 | Pennsylvania Dept. of Revenue, Department |

Case 19-21538-GLT  Doc 113  Filed 12/13/23  Entered 12/14/23 00:29:04  Desc
Imaged Certificate of Notice  Page 4 of 7

| District/off: 0315-2 | User: auto | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: 3180W | Total Noticed: 68 |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | | 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + EDI: AISACG.COM | Dec 12 2023 05:03:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15061911 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034204 | EDI: CAPITALONE.COM | Dec 12 2023 05:03:00 | Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15034205 | ^ MEBN | Dec 12 2023 00:06:08 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15045512 | + EDI: COMCASTCBLCENT | Dec 12 2023 05:03:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15034202 | + EDI: CAPONEAUTO.COM | Dec 12 2023 05:03:00 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15034203 | + EDI: CAPONEAUTO.COM | Dec 12 2023 05:03:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15049313 | + EDI: AISACG.COM | Dec 12 2023 05:03:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15060032 | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 00:18:20 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186400 | Email/Text: bankruptcy@clearviewfcu.org | Dec 12 2023 00:12:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15034209 | ^ MEBN | Dec 12 2023 00:03:42 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15034208 | ^ MEBN | Dec 12 2023 00:03:39 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15034210 | + EDI: COMCASTCBLCENT | Dec 12 2023 05:03:00 | Comcast, 300 Corliss St., Pittsburgh, PA 15220-4864 |
| 15034211 | + EDI: COMCASTCBLCENT | Dec 12 2023 05:03:00 | Comcast / XFinity, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2838 |
| 15034213 | + Email/Text: bdsupport@creditmanagementcompany.com | Dec 12 2023 00:12:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15034212 | + Email/Text: bdsupport@creditmanagementcompany.com | Dec 12 2023 00:12:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15425609 | + Email/Text: Bankruptcy@Freedommortgage.com | Dec 12 2023 00:11:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15054569 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:11:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 15034216 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:11:00 | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 15034215 | + Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:11:00 | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 15034217 | + EDI: LCIICSYSTEM | Dec 12 2023 05:03:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15034218 | + EDI: LCIICSYSTEM | Dec 12 2023 05:03:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15034219 | + EDI: LCIICSYSTEM | Dec 12 2023 05:03:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |

| District/off: 0315-2 | User: auto | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: 3180W | Total Noticed: 68 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 15034221 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2023 00:11:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15034222 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2023 00:11:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15041146 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034223 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:42 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15034224 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:44 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15034230 | | EDI: PRA.COM | Dec 12 2023 05:03:00 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15075821 | | EDI: PRA.COM | Dec 12 2023 05:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15034231 | + | EDI: RECOVERYCORP.COM | Dec 12 2023 05:03:00 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15034232 | + | Email/Text: compliance@pbcmcorp.com | Dec 12 2023 00:11:00 | Professional Bureau of Collections Inc., 5295 DTC PKWY, Englewood, CO 80111-2747 |
| 15034238 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2023 00:12:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15034239 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2023 00:12:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 15034240 | | Email/Text: edbknotices@ecmc.org | Dec 12 2023 00:11:00 | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15034242 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 12 2023 00:12:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15034244 | ^ | MEBN | Dec 12 2023 00:05:40 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15071381 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2023 00:12:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15071380 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2023 00:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15136260 | | Email/Text: EDBKNotices@ecmc.org | Dec 12 2023 00:11:00 | US Department of Education, PO BOX 16448, Saint Paul MN 55116-0448 |
| 15070673 | | EDI: AIS.COM | Dec 12 2023 05:03:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15034247 | + | EDI: VERIZONCOMB.COM | Dec 12 2023 05:03:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15034248 | + | EDI: VERIZONCOMB.COM | Dec 12 2023 05:03:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15034250 | + | EDI: BLUESTEM | Dec 12 2023 05:03:00 | Webbank Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: 3180W | Total Noticed: 68 |

| | | |
|---|---|---|
| cr | | Home Point Financial Corporation |
| 15186392 | * | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1795 |
| 15186396 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15034206 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15186397 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15186398 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15186399 | *+ | CBCS, PO Box 551149, Jacksonville, FL 32255-1149 |
| 15186393 | *+ | Capital One Auto, 2525 Corporate Pl., 2nd Floor, Suite 250, Monterey Park, CA 91754-7676 |
| 15186394 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15186395 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15186402 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15186401 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15186403 | *+ | Comcast, 300 Corliss St., Pittsburgh, PA 15220-4864 |
| 15186404 | *+ | Comcast / XFinity, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2838 |
| 15186406 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15186405 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15186407 | *+ | Dr Surinder Aneja, Suite 103, 1163 Country Club Rd, Monongahela, PA 15063-1013 |
| 15186409 | *+ | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 15186408 | *+ | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 15186410 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15186411 | *+ | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15186412 | *+ | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15186413 | * | Imaging Association of Greater Pittsburg, PO Box 90218, Pittsburgh, PA 15224-0718 |
| 15186414 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15186415 | *+ | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15186416 | * | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15186417 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15186418 | * | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |
| 15186419 | * | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 15186420 | *+ | Mon-Vale Specialty Practices, 800 Plaza Dr #140, Belle Vernon, PA 15012-4019 |
| 15186421 | * | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15186422 | *+ | Mukesh Shah, MD, 1200 McKean Avenue, Suite 101, Charleroi, PA 15022-2141 |
| 15186423 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15186424 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15186425 | *+ | Professional Bureau of Collections Inc., 5295 DTC PKWY, Englewood, CO 80111-2747 |
| 15186426 | *+ | Psychiatric Care System PC, 1051 Country Club Road, Monongahela, PA 15063-1553 |
| 15186427 | *+ | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15186428 | *+ | Regional Cardiac Arryhthmia Inc., PO Box 645332, Pittsburgh, PA 15264-5251 |
| 15186429 | *+ | South Hills ENT Association, 2000 Oxford Drive, Suite 201, Bethel Park, PA 15102-1841 |
| 15186430 | *+ | Southwest Medical Center, 1200 McKean Ave, Charleroi, PA 15022-2141 |
| 15186431 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15186432 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 15034241 | * | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15186433 | * | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15186434 | * | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15034243 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15186435 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15186436 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15186437 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15186438 | *+ | Valley 1st Community FCU, 815-819 Schoonmaker Avenue, Monessen, PA 15062-1008 |
| 15186439 | *+ | Valley 1st Federal Credit Union, 815 Shoommaker Avenue, Monessen, PA 15062-1008 |
| 15186440 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15186441 | *+ | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15186442 | * | Vujevich Dermatology Associates PC, 100 N. Wren Drive, Pittsburgh, PA 15243-1248 |
| 15186443 | *+ | Webbank Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 5 of 5 |
| Date Rcvd: Dec 11, 2023 | Form ID: 3180W | Total Noticed: 68 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Kenneth Steidl | on behalf of Debtor Michael P. Sayre julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Christine L. Sayre julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |

TOTAL: 8