IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/11/23 11:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
MICHAEL P. SAYRE
CHRISTINE L. SAYRE
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:19-21538

Chapter 13

Related to Docket No. 107

ORDER OF COURT

AND NOW, this 11th Day of December, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-21538-GLT
Michael P. Sayre     Chapter 13
Christine L. Sayre
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 5
Date Rcvd: Dec 11, 2023     Form ID: pdf900     Total Noticed: 66

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael P. Sayre, Christine L. Sayre, 339 Aitken Ave., Belle Vernon, PA 15012-4721 |
| r | + | Jody Moebius, BHHS The Preferred Realty, 776 Rostraver Road, Belle Vernon, PA 15012-1943 |
| 15034200 | | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1795 |
| 15044424 | + | Berkheimer, agt for Rostraver twp/Belle Vernon ASD, 50 North Seventh Street, Bangor, PA 18013-1731 |
| 15034207 | + | CBCS, PO Box 551149, Jacksonville, FL 32255-1149 |
| 15034201 | + | Capital One Auto, 2525 Corporate Pl., 2nd Floor, Suite 250, Monterey Park, CA 91754-7676 |
| 15034214 | + | Dr Surinder Aneja, Suite 103, 1163 Country Club Rd, Monongahela, PA 15063-1013 |
| 15036600 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 15034220 | | Imaging Association of Greater Pittsburg, PO Box 90218, Pittsburgh, PA 15224-0718 |
| 15034225 | | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |
| 15034226 | | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 15034227 | + | Mon-Vale Specialty Practices, 800 Plaza Dr #140, Belle Vernon, PA 15012-4019 |
| 15034228 | | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15034229 | #+ | Mukesh Shah, MD, 1200 McKean Avenue, Suite 101, Charleroi, PA 15022-2141 |
| 15034233 | + | Psychiatric Care System PC, 1051 Country Club Road, Monongahela, PA 15063-1553 |
| 15034234 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15034235 | + | Regional Cardiac Arryhthmia Inc., PO Box 645332, Pittsburgh, PA 15264-5251 |
| 15034236 | + | South Hills ENT Association, 2000 Oxford Drive, Suite 201, Bethel Park, PA 15102-1841 |
| 15034237 | + | Southwest Medical Center, 1200 McKean Ave, Charleroi, PA 15022-2141 |
| 15034245 | + | Valley 1st Community FCU, 815-819 Schoonmaker Avenue, Monessen, PA 15062-1008 |
| 15034246 | + | Valley 1st Federal Credit Union, 815 Shoommaker Avenue, Monessen, PA 15062-1008 |
| 15034249 | | Vujevich Dermatology Associates PC, 100 N. Wren Drive, Pittsburgh, PA 15243-1248 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2023 00:19:03 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15061911 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 12 2023 00:18:10 | Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15034205 | ^ | MEBN | Dec 12 2023 00:06:09 | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15045512 | + | Email/Text: documentfiling@lciinc.com | Dec 12 2023 00:11:00 | COMCAST, PO BOX 1931, Burlingame, CA |

| Recipient ID | | Notice Type | Timestamp | Address |
|---|---|---|---|---|
| | | | | 94011-1931 |
| 15034202 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 12 2023 00:31:20 | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15034203 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Dec 12 2023 00:18:23 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15049313 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 12 2023 00:18:57 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15060032 | | Email/PDF: bncnotices@becket-lee.com | Dec 12 2023 00:31:25 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15186400 | | Email/Text: bankruptcy@clearviewfcu.org | Dec 12 2023 00:12:00 | Clearview Federal Credit Union, 8805 University Blvd., Coraopolis, PA 15108-2580 |
| 15034209 | ^ | MEBN | Dec 12 2023 00:03:40 | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15034208 | ^ | MEBN | Dec 12 2023 00:03:43 | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15034210 | + | Email/Text: documentfiling@lciinc.com | Dec 12 2023 00:11:00 | Comcast, 300 Corliss St., Pittsburgh, PA 15220-4864 |
| 15034211 | + | Email/Text: documentfiling@lciinc.com | Dec 12 2023 00:11:00 | Comcast / XFinity, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2838 |
| 15034213 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 12 2023 00:12:00 | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15034212 | + | Email/Text: bdsupport@creditmanagementcompany.com | Dec 12 2023 00:12:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15425609 | + | Email/Text: Bankruptcy@Freedommortgage.com | Dec 12 2023 00:11:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 15054569 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:11:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234-6451 |
| 15034216 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:11:00 | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 15034215 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 12 2023 00:11:00 | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 15034217 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 12 2023 00:11:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15034218 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 12 2023 00:11:00 | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15034219 | + | Email/Text: Bankruptcy@ICSystem.com | Dec 12 2023 00:11:00 | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15034221 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2023 00:11:00 | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15034222 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 12 2023 00:11:00 | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15041146 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:58 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15034223 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:47 | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15034224 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:18:13 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15034230 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 12 2023 00:18:57 | Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15075821 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2023 00:18:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15034231 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 12 2023 00:31:19 | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15034232 | + | Email/Text: compliance@pbcmcorp.com | Dec 12 2023 00:11:00 | Professional Bureau of Collections Inc., 5295 DTC PKWY, Englewood, CO 80111-2747 |
| 15034238 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2023 00:12:00 | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15034239 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 12 2023 00:12:00 | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 15034240 | | Email/Text: edbknotices@ecmc.org | Dec 12 2023 00:11:00 | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15034242 | + | Email/Text: ECMCBKNotices@ecmc.org | Dec 12 2023 00:12:00 | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15034244 | ^ | MEBN | Dec 12 2023 00:05:43 | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15071381 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2023 00:12:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15071380 | | Email/Text: BNCnotices@dcmservices.com | Dec 12 2023 00:12:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15136260 | | Email/Text: EDBKNotices@ecmc.org | Dec 12 2023 00:11:00 | US Department of Education, PO BOX 16448, Saint Paul MN 55116-0448 |
| 15070673 | | Email/PDF: ebn_ais@aisinfo.com | Dec 12 2023 00:18:58 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15034247 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 12 2023 00:11:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15034248 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 12 2023 00:11:00 | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15034250 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 12 2023 00:12:00 | Webbank Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 44

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | Home Point Financial Corporation |
| 15186392 | * | Berkheimer Tax Administrator, 50 North Seventh Street, Bangor, PA 18013-1795 |
| 15186396 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, Capital One Bank USA N.A., 15000 Capital One Drive, Richmond, VA 23238 |
| 15034206 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15186397 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15186398 | *+ | CBCS, PO Box 2724, Columbus, OH 43216-2724 |
| 15186399 | *+ | CBCS, PO Box 551149, Jacksonville, FL 32255-1149 |
| 15186393 | *+ | Capital One Auto, 2525 Corporate Pl., 2nd Floor, Suite 250, Monterey Park, CA 91754-7676 |
| 15186394 | *+ | Capital One Auto Finance, Po Box 259407, Plano, TX 75025-9407 |
| 15186395 | *+ | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15186402 | *+ | Collection Service Center, Inc., Attn: Bankruptcy, Po Box 560, New Kensington, PA 15068-0560 |
| 15186401 | *+ | Collection Service Center, Inc., Pob 560, New Kensington, PA 15068-0560 |
| 15186403 | *+ | Comcast, 300 Corliss St., Pittsburgh, PA 15220-4864 |

| District/off: 0315-2 | User: auto | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 66 |

| | | |
|---|---|---|
| 15186404 | *+ | Comcast / XFinity, 1701 John F. Kennedy Blvd., Philadelphia, PA 19103-2838 |
| 15186406 | *+ | Credit Management Company, Attn: Bankruptcy, 2121 Noblestown Road, Pittsburgh, PA 15205-3956 |
| 15186405 | *+ | Credit Management Company, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15186407 | *+ | Dr Surinder Aneja, Suite 103, 1163 Country Club Rd, Monongahela, PA 15063-1013 |
| 15186409 | *+ | Home Point Financial Corporation, Attn: Correspondence Dept, 11511 Luna Road; Suite 200, Farmers Branch, TX 75234-6451 |
| 15186408 | *+ | Home Point Financial Corporation, 4849 Greenville Avenue, Dallas, TX 75206-4130 |
| 15186410 | *+ | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 15186411 | *+ | I C System Inc, Attn: Bankruptcy, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 15186412 | *+ | IC Systems, 444 Highway 96 East, Saint Paul, MN 55127-2557 |
| 15186413 | * | Imaging Association of Greater Pittsburg, PO Box 90218, Pittsburgh, PA 15224-0718 |
| 15186414 | *+ | Kohls/Capital One, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-5660 |
| 15186415 | *+ | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15186416 | * | LVNV Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15186417 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 15186418 | * | MedExpress Urgent Care PA, PO Box 7964, Belfast, ME 04915-7900 |
| 15186419 | * | Mon Valley Medical Associates, PC, 1025 Country Club Road, Monongahela, PA 15063-1599 |
| 15186420 | *+ | Mon-Vale Specialty Practices, 800 Plaza Dr #140, Belle Vernon, PA 15012-4019 |
| 15186421 | * | Monongahela Valley Hospital, 1163 Country Club Road, Monongahela, PA 15063-1095 |
| 15186422 | *+ | Mukesh Shah, MD, 1200 McKean Avenue, Suite 101, Charleroi, PA 15022-2141 |
| 15186423 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, 120 Corporate Blvd Ste 1, Norfolk, VA 23502 |
| 15186424 | *+ | Portfolio Recovery, Po Box 41021, Norfolk, VA 23541-1021 |
| 15186425 | *+ | Professional Bureau of Collections Inc., 5295 DTC PKWY, Englewood, CO 80111-2747 |
| 15186426 | *+ | Psychiatric Care System PC, 1051 Country Club Road, Monongahela, PA 15063-1553 |
| 15186427 | *+ | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 15186428 | *+ | Regional Cardiac Arryhthmia Inc., PO Box 645332, Pittsburgh, PA 15264-5251 |
| 15186429 | *+ | South Hills ENT Association, 2000 Oxford Drive, Suite 201, Bethel Park, PA 15102-1841 |
| 15186430 | *+ | Southwest Medical Center, 1200 McKean Ave, Charleroi, PA 15022-2141 |
| 15186431 | *+ | Transworld Sys Inc/51, 500 Virginia Dr Ste 514, Ft Washington, PA 19034-2733 |
| 15186432 | *+ | Transworld Sys Inc/51, Attn: Bankruptcy, Po Box 15618, Wilmington, DE 19850-5618 |
| 15034241 | * | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15186433 | * | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15186434 | * | U.S. Department of Education, Po Box 4222, Iowa City, IA 52244 |
| 15186435 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15186436 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15034243 | *+ | U.S. Department of Education, Ecmc/Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 15186437 | * | UPMC Health Services, PO Box 371472, Pittsburgh, PA 15250-7472 |
| 15186438 | *+ | Valley 1st Community FCU, 815-819 Schoonmaker Avenue, Monessen, PA 15062-1008 |
| 15186439 | *+ | Valley 1st Federal Credit Union, 815 Shoommaker Avenue, Monessen, PA 15062-1008 |
| 15186440 | *+ | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15186441 | *+ | Verizon Wireless, Attn: Verizon Wireless Bankruptcy Admini, 500 Technology Dr, Ste 550, Weldon Spring, MO 63304-2225 |
| 15186442 | * | Vujevich Dermatology Associates PC, 100 N. Wren Drive, Pittsburgh, PA 15243-1248 |
| 15186443 | *+ | Webbank Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 2 Undeliverable, 54 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2023         Signature:     /s/Gustava Winters

| District/off: 0315-2 | User: auto | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 66 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor Home Point Financial Corporation bkecf@friedmanvartolo.com cwohlrab@ecf.courtdrive.com |
| Kenneth Steidl | on behalf of Debtor Michael P. Sayre julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Christine L. Sayre julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor Home Point Financial Corporation smncina@raslg.com |

TOTAL: 8